[No. 14076-8-III.   Division Three.   November 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
W. TROUT, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 94-1-00005-7, John M. Lyden, J., entered April 25, 1994. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 14320-1-III.   Division Three.   November 28, 1995.]

NAOMI ONTIVEROS, *Appellant*, v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 94-2-00020-2, Richard W. Miller, J., entered September 8, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 17591-6-II.   Division Two.   November 28, 1995.]

DONALD D. WELLS, ET AL., *Appellants*, v. FRANK
STOUT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 88-2-00205-1, H. John Hall, J., entered September 17, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Fleisher, J.

[No. 17741-2-II.   Division Two.   November 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY
COCKERHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-8-00824-8, Leonard Costello, J., entered November 30, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Fleisher, J.